**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK A. WOOLLEY, | : | |
| Plaintiff, | : | CIVIL NO. 3:CV-03-1031 |
| v. | : | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

**O R D E R**

Presently before the Court is the Plaintiff's motion for summary judgment (Doc. 70). More than ten (10) days have elapsed since this motion has been filed, and no supporting brief has been submitted. In this Court's Standing Practice Order (Doc. 3), the Court makes a specific reference to M.D.Pa.L.R. 7.5, and the text of that Rule is attached. Under LR 7.5, "[w]ithin ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file an original and two (2) copies of a brief with the clerk and shall serve copies thereof on all parties . . . Unless otherwise ordered by the court, if supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed withdrawn."

**NOW, THEREFORE, THIS 26th DAY OF APRIL, 2005**, the Plaintiff's motion for summary judgment (Doc. 70) is deemed withdrawn and is consequently **DISMISSED**.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge